| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Perfectly Priscilla, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5009843** |
| 4. | **Debtor's address** | **Principal place of business**  **1418 Harbin Circle**  **Valdosta, GA 31601**  Number, Street, City, State & ZIP Code  **Lowndes**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Perfectly Priscilla, LLC** Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Perfectly Priscilla, LLC**    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Perfectly Priscilla, LLC**    Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Perfectly Priscilla, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2023**
              MM / DD / YYYY

X **/s/ Thomas Thompson**                                **Thomas Thompson**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ G. Daniel Taylor**                               Date **June  9, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**G. Daniel Taylor 528521**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone  **478-750-9898**       Email address  **dtaylor@stoneandbaxter.com**

**528521 GA**
Bar number and State

<u>RESOLUTION OF THE MEMBERS OF PERFECTLY PRISCILLA, LLC</u>

The undersigned, constituting the Members of Perfectly Priscilla, LLC, a Georgia limited liability company (the "Company"), by affixing their signatures hereto, do hereby expressly waive notice of, and any rights to receive any material otherwise required to be furnished in a notice of, a meeting of the Members of the Company and consent to and take the following actions and adopt the following resolutions, as if the same were done at a meeting of the Members duly called and held:

WHEREAS, the undersigned have determined that it is in the best interest of the Company to file a Petition for Reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia and to retain professionals to assist and represent the Company in such Chapter 11 case;

NOW, THEREFORE, it is resolved that the undersigned do hereby consent to and approve the Company filing a Petition for Reorganization under Sub Chapter V of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and it is hereby

FURTHER RESOLVED that Thomas Thompson, as Manager of the Company, is hereby authorized to act on behalf of the Company in furtherance of a reorganization of the Company under Chapter 11 of the Bankruptcy Code, and to take such action and to execute such instruments and documents in connection with the Chapter 11 case; to initiate and defend any litigation arising in, under or related to the Chapter 11 case; and to hire such other professionals; as, in either of their sole and explicit discretion, may be necessary, desirable, or incidental thereto; and it is

FURTHER RESOLVED that such manager of the Company is hereby authorized to draft a plan of reorganization for presentation to and approval by the Bankruptcy Court; and it is

FURTHER RESOLVED that such manager of the Company is hereby authorized, on behalf of the Company, to retain the services of Stone & Baxter, LLP, as counsel for the Company in connection with the Chapter 11 case; and it is

FURTHER RESOLVED that such manager of the Company is hereby authorized, on behalf of the Company, to retain the services of an accounting firm of their selection, as accountants for the Company in connection with the Chapter 11 case; and it is

FURTHER RESOLVED that such manager of the Company and the Company's counsel (Stone & Baxter, LLP) are hereby authorized to negotiate and execute such instruments and documents as may be necessary to obtain post-petition financing from one or more lenders of their choice for the Company, and obtain permission to use the cash collateral (as defined by 11 U.S.C. § 363(a)) as may be needed from any party with interest therein, and to request approval from the United States Bankruptcy Court of such post-petition financing and use of cash collateral, and it is

FURTHER RESOLVED, that this Resolution may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument, and facsimile transmissions of the signatures provided for below may be relied upon, and shall have the same force and effect, as the originals of such signatures.

APPROVED, as of this ____ day of June, 2023.

MEMBERS:

*Tommy Thompson*
Tommy Thompson (Jun 5, 2023 10:41 EDT)
_____
Thomas Thompson


_____
Deidre Thompson

G:\CLIENTS\Perfectly Priscilla, LLC\Petition\Resolution.doc

FURTHER RESOLVED, that this Resolution may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of which together shall constitute one and the same instrument, and facsimile transmissions of the signatures provided for below may be relied upon, and shall have the same force and effect, as the originals of such signatures.

APPROVED, as of this ____ day of June, 2023.

MEMBERS:

_____
Thomas Thompson

*Deidre Thompson*
Deidre Thompson (Jun 5, 2023 10:14 EDT)
_____
Deidre Thompson

G:\CLIENTS\Perfectly Priscilla, LLC\Petition\Resolution.doc

**Fill in this information to identify the case:**

Debtor name  **Perfectly Priscilla, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

█  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  9, 2023**       X **/s/ Thomas Thompson**
                                        Signature of individual signing on behalf of debtor

                                        **Thomas Thompson**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Perfectly Priscilla, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **143Story, LLC**<br>1501 E. 25th Street<br>Los Angeles, CA 90011 | | **Wholesale Clothing** | | | | $51,882.45 |
| **American Express Company**<br>PO Box 650448<br>Dallas, TX 75265 | | **Credit Card** | | | | $204,069.00 |
| **Brex, Inc.**<br>12832 Frontrunner Blvd., Suite 500<br>Draper, UT 84020 | | **Credit Card** | | | | $236,401.70 |
| **Capital One Finance, Inc.**<br>PO Box 30285<br>Salt Lake City, UT 84130 | | | | | | $336,784.00 |
| **FC Market Place, LLC**<br>707 17th Street, Suite 2200<br>Denver, CO 80202 | | | **Contingent Unliquidated Disputed** | $219,549.29 | $0.00 | $219,549.29 |
| **Forward Financing**<br>52 State Street<br>20th Floor<br>Boston, MA 02109 | | | **Contingent Unliquidated Disputed** | $193,262.50 | $0.00 | $193,262.50 |
| **Forward Financing**<br>52 State Street<br>20th Floor<br>Boston, MA 02109 | | | **Contingent Unliquidated Disputed** | $135,660.06 | $0.00 | $135,660.06 |
| **Georgia Department of Revenue Compliance Division ARCS - Bankruptcy**<br>1800 Century BLVD NE, Suite 9100<br>Atlanta, GA 30345 | | **Sales Tax** | | | | $21,056.47 |

Debtor **Perfectly Priscilla, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Heimish Fashion, Inc.**<br>4201 Charter Street<br>Los Angeles, CA 90058 | | | | | | $83,771.78 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | **941 Taxes** | | | | $35,572.13 |
| **Loan Builder**<br>9690 Deereco Rd.<br>7th Floor<br>Lutherville<br>Timonium, MD 21093 | | | | | | $50,862.56 |
| **Meta Platforms, Inc. d/b/a Facebook**<br>Windham Professionals<br>384 Main Street<br>Salem, NH 03079 | | | | | | $559,488.32 |
| **Paypal Working Capital, Inc.**<br>2211 N. 1st Street<br>San Jose, CA 95131 | | | | $112,239.34 | $114,004.00 | $112,239.34 |
| **PIRS Capital, LLC**<br>1688 Meridian Avenue<br>Suite 700<br>Miami Beach, FL 33139 | | | **Contingent Unliquidated Disputed** | $140,000.00 | $0.00 | $140,000.00 |
| **Power Digital Marketing**<br>2251 San Diego Ave, Suite a250<br>San Diego, CA 92110 | | **Trade debt** | | | | $48,500.00 |
| **Route App, Inc**<br>2230 Broadway<br>Santa Monica, CA 90404 | | **Trade debt** | | | | $52,268.20 |
| **Small Business Adm.**<br>233 Peachtree St, NE<br>Suite 1900<br>Atlanta, GA 30303 | | **Inventory** | | $498,160.99 | $500,000.00 | $163,896.90 |

Debtor **Perfectly Priscilla, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Staccato**<br>**2040 Hawkins Circle**<br>**Los Angeles, CA 90001** | | **Trade debt** | | | | $60,816.00 |
| **Stodge, Inc. d/b/a Postscript**<br>**3370 N Hayden Rd Ste 123-251**<br>**Scottsdale, AZ 85251** | | **Trade debt** | | | | $29,197.34 |
| **Unit Fashion, Inc. d/b/a Andree By Unit**<br>**519 E. Washington Blvd.**<br>**Los Angeles, CA 90015** | | **Clothing Store Vendor** | | | | $36,220.50 |

# United States Bankruptcy Court
## Middle District of Georgia

In re  **Perfectly Priscilla, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 9, 2023**

**/s/ Thomas Thompson**  
**Thomas Thompson**/**Managing Member**  
Signer/Title

143Story, LLC
1501 E. 25th Street
Los Angeles CA 90011

American Express Company
PO Box 650448
Dallas TX 75265

Aspen Thompson
173 South Side Drive
Nashville GA 31639

Brex, Inc.
12832 Frontrunner Blvd., Suite 500
Draper UT 84020

Cameron Maxwell
308 West Street
Valdosta GA 31602

Capital One Finance, Inc.
PO Box 30285
Salt Lake City UT 84130

Cirteo Corp.
387 Park Avenue South
11th & 12th Floors
New York NY 10016

Cyndy Craft
4952 Foxwood Trail
Valdosta GA 31605

Deidre Thompson
610 E. 4th Street
Apt. C
Adel GA 31620

Deidre Thompson
610 E.4th Street, Apt.C
Adel GA 31620

Dorothy Sadler
41 Emerald Lane
Hahira GA 31632

FC Market Place, LLC
707 17th Street, Suite 2200
Denver CO 80202

Forward Financing
52 State Street
20th Floor
Boston MA 02109

```
Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

Heimish Fashion, Inc.
4201 Charter Street
Los Angeles CA 90058

HeySon Clothing
1218 S. Boye Avenue
Los Angeles CA 90023

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jacie McSwain
1538 Royals Road
Nicholls GA 31554

Kimberly Sauls
1502 Grove Street
Valdosta GA 31601

Loan Builder
9690 Deereco Rd.
7th Floor
Lutherville Timonium MD 21093

Meta Platforms, Inc. d/b/a Facebook
Windham Professionals
384 Main Street
Salem NH 03079

Paypal Working Capital, Inc.
2211 N. 1st Street
San Jose CA 95131

PIRS Capital, LLC
1688 Meridian Avenue
Suite 700
Miami Beach FL 33139

PIRS Capital, LLC
5150 Tamiami Trail N
Naples FL 34103

Power Digital Marketing
2251 San Diego Ave, Suite a250
San Diego CA 92110
```

```
Regina Maxwell
308 West Street
Valdosta GA 31602

Route App, Inc
2230 Broadway
Santa Monica CA 90404

See and Be Seen
1211 Long Beach Avenue, Suite 101
Los Angeles CA 90021

Shopify Capital, Inc.
33 New montgomery Street
Suite 750
San Francisco CA 94105

Small Business Adm.
233 Peachtree St, NE
Suite 1900
Atlanta GA 30303

Staccato
2040 Hawkins Circle
Los Angeles CA 90001

Stodge, Inc. d/b/a Postscript
3370 N Hayden Rd Ste 123-251
Scottsdale AZ 85251

Thomas Thompson
173 South Side Drive
Nashville GA 31639

Thomas Thompson
1418 Harbin Cir
Valdosta GA 31601

Unit Fashion, Inc. d/b/a Andree By Unit
519 E. Washington Blvd.
Los Angeles CA 90015

United Parcel Service, Inc.
PO Box 650580
Dallas TX 75265-0580
```

# United States Bankruptcy Court
## Middle District of Georgia

In re  **Perfectly Priscilla, LLC**　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Perfectly Priscilla, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 9, 2023** | **/s/ G. Daniel Taylor** |
| Date | **G. Daniel Taylor 528521** |
| | Signature of Attorney or Litigant |
| | Counsel for **Perfectly Priscilla, LLC** |
| | **Stone & Baxter, LLP** |
| | **577 Third Street** |
| | **Macon, GA 31201** |
| | **478-750-9898 Fax:478-750-9899** |
| | **dtaylor@stoneandbaxter.com** |